Lawrence Brewster
Regional Solicitor
David M. Kahn
Counsel for Employment Standards
**CHERYL L. ADAMS**, Attorney (CSBN 208244)
Office of the Solicitor
United States Department of Labor
90 7TH Street, Suite 3-700
San Francisco, California 94103
    Telephone: (415) 625-7759
    Facsimile:  (415) 625-7772
    Email:  adams.cheryl.l@dol.gov

Attorneys for the Petitioner
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor,<br><br>    Petitioner,<br>v.<br>**MONICA HUJAZI**,<br>    Respondent. | Case No.  C-10-126-SC<br><br>**ORDER TO SHOW CAUSE**<br><br>On Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum (29 U.S.C § 209) |

    Petitioner, Hilda L. Solis, Secretary of Labor, U.S. Department of Labor, has applied to this Court for an Order requiring Respondent Monica Hujazi ( "Respondent") to produce the records, papers and documents set forth in a subpoena <u>duces tecum</u> issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon the Respondent.  Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby

    ORDERED that Respondent appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the subpoena <u>duces te-</u>

cum issued to the Respondent by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor; and it is further

ORDERED that Respondent serve and file with the Clerk of this Court, no later than April 9, 2010, a response to the Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further

ORDERED that the Respondent appear at a hearing to be held on the Petition on April 30, 2010, at 10:00 a.m., in Courtroom 1, on the 17th Floor, at 450 Golden Gate Avenue, in San Francisco, California; and it is further

ORDERED that an Investigator from the Wage and Hour Division, U.S. Department of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondent Monica Hujazi.

Dated: January 26, 2010



_____
United States District Court Judge

Presented by:

DEBORAH GREENFIELD
Acting Deputy Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID M. KAHN
Counsel for Employment Standards

_____
CHERYL L. ADAMS, Attorney
Attorneys for the Petitioner, U.S. Department of Labor