Lawrence Brewster
Regional Solicitor
David M. Kahn
Counsel for Employment Standards
**CHERYL L. ADAMS**, Attorney (CSBN 208244)
Office of the Solicitor
United States Department of Labor
90 7TH Street, Suite 3-700
San Francisco, California 94103
     Telephone: (415) 625-7759
     Facsimile:  (415) 625-7772

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS,**<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>           Petitioner,<br>     v.<br><br>**MONICA HUJAZI,**<br><br>          Respondent. | Case No.: C-10-126-SC<br><br>**Second Amended (Proposed) Order Enforcing Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum** |

PETITIONER Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), has, pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §209, applied to this Court for an Order requiring Respondent Monica Hujazi to appear and produce the records, papers, and documents set forth in an administrative subpoena *duces tecum* issued by George Friday, Jr., Regional Administrator, Wage and Hour Division, United States Department of Labor, and duly served upon the Respondent.

Having considered the Petitioner's position and Respondent's failure to file a written opposition, and after a hearing on the Order to Show Cause, it is hereby

ORDERED that the Petition be granted;

1    IT IS ORDERED that on May 14, 2010, at 2:00 p.m., Respondent, Monica Hujazi,

2  personally appear before:

3  Susana Rincon, District Director
   United States Department of Labor
4  Wage and Hour Division
   90 7th Street, Suite 18-300
5  San Francisco, CA 94103

6  to testify and produce at that time and place for inspection and copying all of the records

7  specified in the administrative subpoena duces tecum issued on May 7, 2009, that have

8  not yet been produced, including, but not limited to, the following:

9      1. All timesheets showing daily and weekly hours, payroll ledgers, maintenance

10        request and work orders for all employees employed by Los Feliz Court

11        Apartments for the period October 1, 2006, to the present.

12     2. All records, books, and other documents which identify, relate to, or other-

13        wise contain the names, addresses, social security numbers, and telephone

14        numbers of all former and current persons employed by Los Feliz Court

15        Apartments, including all forms I-9, from October 1, 2006, to the present.

16     3. All tax returns, including supporting work papers and schedules, reflecting,

17        referring or relating to the payment of any wages, including IRS forms W-2,

18        W-4, 940, 941 and 1099, to employees or independent contractors of Los Fe-

19        liz Court Apartments for the period October 1, 2006, to the present.

20     4. All forms filed with the state regarding payments to and/or on behalf of em-

21        ployees, including but not limited to, EDD and workers' compensation.

22     5. All licenses obtained from any government entity allowing Respondent to op-

23        erate Los Feliz Court Apartments.

24     6. All records, books, and other documents which identify, relate to, or other-

25        wise contain information reflecting, referring to, or relating to the total vol-

26        ume of sales earned by the Los Feliz Court Apartments, including (but not

27        limited to) billing records for the period October 1, 2006, to the present.

28     7. All cancelled payroll checks of Los Feliz Court Apartments for the period

**Order Enforcing Petitioner's Subpoena Duces Tecum**                    **Page 2 of 5**

October 1, 2006, to the present, including, but not limited to cancelled pay-roll checks for Cornelia Helene Tortolani, Jose De La Cruz, Poria Inalou, Scott Cochell, Jorge Luis Recinos H, Stephanie Kilmer, Salvador Gonzalez, Jeff Mackenzie, Marisneldo Hernandez, and Eulalio Gomez. "Payroll checks" includes all checks or payments for services, checks issued to these employees and/or made payable for their services.

8. All cash pay and/or reimbursement journals of Los Feliz Court Apartments for the period October 1, 2006, to the present.

9. All general ledgers of Los Feliz Court Apartments for the period October 1, 2006, to the present.

10. All records, books, and other documents reflecting, referring to, relating to, or otherwise showing ownership of any real property in which the Respondent (or any business entity owned or controlled by the Respondent) has any interest.

RESPONDENT IS FURTHER ORDERED to complete and execute a declaration, under penalty of perjury, that states she has produced every responsive document in her actual or constructive possession.

IT IS FURTHER ORDERED that should Respondent fail to produce each and every record, paper, and document set forth in the administrative subpoena *duces tecum,* including those documents described in Paragraphs 1-10 above, and/or to execute the declaration ordered herein,  Respondent shall personally appear before the undersigned Judge on June 7, 2010, at  10:00   a .m., in courtroom number 1, on the 17th floor, at 450 Golden Gate Avenue, San Francisco, California, to provide an explanation for her failure to obey the lawful order of this Court.

Dated: _____ May 3 ____, 2010

IT IS SO ORDERED

_____
United States                      Judge

Judge Samuel Conti

**Order Enforcing Petitioner's Subpoena Duces Tecum**                    **Page 3 of 5**

Submitted by:

M. PATRICIA SMITH
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID M. KHAN
Counsel for Employment Standards

 */S/ Cheryl L. Adams*
CHERYL L. ADAMS, Attorney
Attorneys for the Petitioner, U.S. Department of Labor

1

CERTIFICATE OF SERVICE

2

3

    I am a citizen of the United States of America and am over eighteen years of age. I am not a party to the within action; my business address is 90 7th Street, Suite 3-700, San Francisco, California 94103. On April 30, 2010, I served the within **Second Amended (Proposed) Order Enforcing Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum** in this action by placing a true copy thereof in a sealed government envelope, with first class postage affixed thereto, mailed in San Francisco, California, addressed to:

4

5

6

7

    Monica Hujazi
    1016 San Raymundo Road
    Hillsborough, CA 94010

8

9

I certify that under penalty of perjury that the above is true and correct.

10

                */s/ Llwelyn Robinson*

11

                Llewlyn Robinson, Legal Assistant
                OFFICE OF THE SOLICITOR

12

                UNITED STATES DEPARTMENT OF LABOR

13

14

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

15

16

*/s/ Cheryl L. Adams*
CHERYL L. ADAMS, Attorney

17

18

19

20

21

22

23

24

25

26

27

28