Lawrence Brewster
Regional Solicitor
David M. Kahn
Counsel for Employment Standards
**CHERYL L. ADAMS**, Attorney (CSBN 208244)
Office of the Solicitor
United States Department of Labor
90 7TH Street, Suite 3-700
San Francisco, California 94103
    Telephone: (415) 625-7759
    Facsimile:  (415) 625-7772

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>            Petitioner,<br>    v.<br><br>**MONICA HUJAZI,**<br><br>            Respondent. | Case No.: C-10-126-SC<br><br>**Third Amended Order Enforcing Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum** |

PETITIONER Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), has, pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §209, applied to this Court for an Order requiring Respondent Monica Hujazi to appear and produce the records, papers, and documents set forth in an administrative subpoena *duces tecum* issued by George Friday, Jr., Regional Administrator, Wage and Hour Division, United States Department of Labor, and duly served upon the Respondent.

Having considered the Petitioner's position and Respondent's failure to file a written opposition, and after a hearing on the Order to Show Cause, it is hereby

ORDERED that the Petition be granted;

1  IT IS ORDERED that on May 14, 2010, at 2:00 p.m., Respondent, Monica Hujazi, personally appear before:

Susana Rincon, District Director
United States Department of Labor
Wage and Hour Division
90 7th Street, Suite 18-300
San Francisco, CA 94103

to testify and produce at that time and place for inspection and copying all of the records specified in the administrative subpoena duces tecum issued on May 7, 2009, that have not yet been produced, including, but not limited to, the following:

1. All timesheets showing daily and weekly hours, payroll ledgers, maintenance request and work orders for all employees employed by Los Feliz Court Apartments for the period October 1, 2006, to the present.

2. All records, books, and other documents which identify, relate to, or otherwise contain the names, addresses, social security numbers, and telephone numbers of all former and current persons employed by Los Feliz Court Apartments, including all forms I-9, from October 1, 2006, to the present.

3. All tax returns, including supporting work papers and schedules, reflecting, referring or relating to the payment of any wages, including IRS forms W-2, W-4, 940, 941 and 1099, to employees or independent contractors of Los Feliz Court Apartments for the period October 1, 2006, to the present.

4. All forms filed with the state regarding payments to and/or on behalf of employees, including but not limited to, EDD and workers' compensation.

5. All licenses obtained from any government entity allowing Respondent to operate Los Feliz Court Apartments.

6. All records, books, and other documents which identify, relate to, or otherwise contain information reflecting, referring to, or relating to the total volume of sales earned by the Los Feliz Court Apartments, including (but not limited to) billing records for the period October 1, 2006, to the present.

7. All cancelled payroll checks of Los Feliz Court Apartments for the period

October 1, 2006, to the present, including, but not limited to cancelled payroll checks for Cornelia Helene Tortolani, Jose De La Cruz, Poria Inalou, Scott Cochell, Jorge Luis Recinos H, Stephanie Kilmer, Salvador Gonzalez, Jeff Mackenzie, Marisneldo Hernandez, and Eulalio Gomez. "Payroll checks" includes all checks or payments for services, checks issued to these employees and/or made payable for their services.

8. All cash pay and/or reimbursement journals of Los Feliz Court Apartments for the period October 1, 2006, to the present.

9. All general ledgers of Los Feliz Court Apartments for the period October 1, 2006, to the present.

10. All records, books, and other documents reflecting, referring to, relating to, or otherwise showing ownership of any real property in which the Respondent (or any business entity owned or controlled by the Respondent) has any interest.

RESPONDENT IS FURTHER ORDERED to complete and execute a declaration, under penalty of perjury, that states she has produced every responsive document in her actual or constructive possession.

IT IS FURTHER ORDERED that should Respondent fail to produce each and every record, paper, and document set forth in the administrative subpoena *duces tecum,* including those documents described in Paragraphs 1-10 above, and/or to execute the declaration ordered herein, Respondent shall personally appear before the undersigned Judge on Friday, June 11, 2010, at 10:00 a.m., in courtroom number 1, on the 17th floor, at 450 Golden Gate Avenue, San Francisco, California, to provide an explanation for her failure to obey the lawful order of this Court.

Dated: _____May 5_____, 2010

_____
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

**Order Enforcing Petitioner's Subpoena Duces Tecum**                          **Page 3 of 5**

1  Submitted by:
2  M. PATRICIA SMITH
3  Solicitor of Labor

4  LAWRENCE BREWSTER
5  Regional Solicitor

6  DAVID M. KHAN
7  Counsel for Employment Standards

8  /S/ Cheryl L. Adams
9  CHERYL L. ADAMS, Attorney
10 Attorneys for the Petitioner, U.S. Department of Labor

CERTIFICATE OF SERVICE

I am a citizen of the United States of America and am over eighteen years of age. I am not a party to the within action; my business address is 90 7th Street, Suite 3-700, San Francisco, California 94103. On April 30, 2010, I served the within **Second Amended (Proposed) Order Enforcing Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum** in this action by placing a true copy thereof in a sealed government envelope, with first class postage affixed thereto, mailed in San Francisco, California, addressed to:

  Monica Hujazi
  1016 San Raymundo Road
  Hillsborough, CA 94010

I certify that under penalty of perjury that the above is true and correct.

  */s/ Llwelyn Robinson*
  Llewlyn Robinson, Legal Assistant
  OFFICE OF THE SOLICITOR
  UNITED STATES DEPARTMENT OF LABOR

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*/s/ Cheryl L. Adams*
CHERYL L. ADAMS, Attorney