1 | Lawrence Brewster
Regional Solicitor
2 | David M. Kahn
Counsel for ESA Programs
3 | Norman E. Garcia
Senior Trial Attorney
4 | CHERYL ADAMS (CSBN 208244)
Trial Attorney
5 | Office of the Solicitor
United States Department of Labor
6 | 90 7th Street, Suite 3-700
San Francisco, California 94103
7 | Telephone: (415) 625-7759
Facsimile: (415) 625-7772
8

9 | Attorneys for the Petitioner

10 |                UNITED STATES DISTRICT COURT

11 |               NORTHERN DISTRICT OF CALIFORNIA

12 | **HILDA L. SOLIS,**                    ) Case No.: **C-10-126-SC 1**
        Secretary of Labor,              )
13 |    United States Department of Labor,   ) **STIPULATION AND JOINT**
                                          ) **MOTION FOR DISMISSAL**
14 |                 Petitioner,           )
15 |          v.                           )
                                          )
16 | **MONICA HUJAZI,**                      )
                                          )
17 |                 Respondent.           )
                                          )
18 | _____  )
19
20 |     IT IS HEREBY STIPULATED and agreed by and between Petitioner, HILDA L.
21 | SOLIS, Secretary of Labor, and Respondent, MONICA HUJAZI, that Respondent Hu-
22 | jazi has fully complied with the subpoena duces tecum ("subpoena") issued by the Re-
23 | gional Administrator of the Western Region, Wage and Hour Division, United States
24 | Department of Labor ("Wage and Hour") on May 7, 2009.
25 |     THEREFORE there being no further issues before the Court in this matter the par-
26 | ties agree that this proceeding should be dismissed.
27 |     Respectfully submitted,
28

Stipulation and Joint Motion to Dismiss
Case No. C-10-126-SC 1                                              Page 1 of 2

1 | Dated:

M. PATRICIA SMITH
Solicitor of Labor

2

3 | LAWRENCE BREWSTER
Acting Regional Solicitor

4 | DAVID M. KAHN
Counsel for Wage and Hour

5

6

7 | By: /s/ Cheryl L. Adams
CHERYL ADAMS
Trial Attorney

8

9 | Attorney for Secretary of Labor
U.S. Department of Labor

10

11 | LAW OFFICES OF GEORGE P. ESHOO
& ASSOCIATES

12

13

14 | Dated:

By: _____
GEORGE P. ESHOO
Attorney for Respondent,
Monica Hujazi

15

16

17 | **ORDER**

18 | It is so ordered and the Petition herein is hereby DISMISSED.

19 | Dated: Aug 13/10

20 | _____
United States District Judge

21

22

23

24

25

26

27

28

Stipulation and Joint Motion to Dismiss
Case No. C-10-126-SC 1

Page 2 of 2